# United States District Court
## Violation Notice

**CVB Location Code:** M4B

**Violation Number:** FABB008R
**Officer Name:** Janik
**Officer No.:** 1525

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/24/2023 11:29
**Offense Charged:** FED 36 CFR 261.10A
**Place of Offense:** UR

**Offense Description: Factual Basis for Charge**
PLOWING NATIONAL FOREST SYSTEM ROAD WITHOUT AUTHORIZATION

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** PIAR
**First Name:** RUSSELL
**M.I.:**

**Street Address:**
**City:** **State:** **Zip Code:** **Date of Birth (mm/dd/yyyy):**
**Drivers License No.:** **CDL:** ☐ **D.L. State:** **Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:**  CMV ☐
**Tag No.** **State** **Year** **Make/Model** / **PASS** ☐ **Color**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 300.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 330.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FABB008R

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  02/24/2023  while exercising my duties as a law enforcement officer in the _____  District of  MT

Pursuant to 16USC 551: I Forest Service Law Enforcement Officer John JANIK state that on February 24, 2023 I contacted Russ PIAR about plowing of Forest Service road UR8-447. PAIR admitted that he was well aware that he needed authorization to plow the road and that he had been denied this authorization. PIAR admitted that he had plowed the road open with a skid steer, and had hired Daniel ANDERSON to plow the road as well.

PIAR was issued this Notice of Violation for a violation of 36 CFR 261.10a, Maintaining a Forest Service road without authorization.

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  02/24/2023
Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident